Case: 0:23-cv-00467-DTS

DE'MARIO JIVES
7410 BECKY THATCHER LANE
TAMPA FL33637
US

MIME- Version:1.0 To:mndecfuotifications@nmd.uscourts.gov Message-Id:<99068l@nmd.uscourts.gov> SubjectActivity in Case 0:23-cv-00467-DTS
Fehon et al v. Jives et al Order to Party File Document/Respond to Court Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECFsystem Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy pemtits attorneys of record and parties in a case (including prose litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**U.S. District of Minnesota**

**Notice of Electronic Filing**

The following transaction was entered on 9/24/2025 at 5:07 PM CDT and filed on 9/24/2025

| | |
|---|---|
| **Case Name:** | Felton et al v. Jives et al |
| **Case Number:** | 023-cv-00467-DTS |
| **Filer:** | |

**WARNING: CASE CLOSED on 12/10/2024**
**Document Number:** ill

**Docket Text:**
**SEALED ORDER FOR PARTY TO FILE DOCUMENT/RESPOND TO COURT. Signed by Magistrate Judge David T. Schultz on 9/24/2025. (Attachments: # (1) Exhibit A) (SB)**

**0:23-cv-00467-DTS Notice has been electronically mailed to:**

Pamela Abbate Dattilo    pdattilo@ecklandblando.com, bnelson@ecklandblando.com, dmcloone@ecklandblando.com, krogness@ecklandblando.com

**0:23-cv-00467-DTS Notice has been delivered by other means to:**

DeMajio Media LLC

De'Mario Jives
7410 Becky Thatcher Lane
Tampa, FL33637

Wayne R Felton
125 Stevens Strect West
St. Paul, MN 55107

The following document(s) are associated with this transaction:

**Document description:Main DocW11ent**
**Original filename:nla**
**Electronic document Stamp:**
[STI\MP dcecfStamp_ID=l051 2 1 5216 [Date=9/24/2025] [FileNumber-9927679-0
J    [5ald047654268150a6097e31273db6d72894cfd0ab210a52d86593b85071da586d0
e4b7ecb04aa395574d658ed7fe36a3dd4a5l l ffi5e613c0247dd09Jf05e813]]
**Document description: Exhibit A**
**Original filename:r/a**
**Electronic document Stamp:**
[Su\MP dcecfStamp_ID=l051215216 [Date=9/24/2025] [FileNumber=9927679- 1
] [2b64fl 30806360 lc87df3d7 1 d5f83926c2898b833380J 2e92bfl ca57502627efe65
7be83a3a74a8fdd29996d l956e Ib3990c3a65ab3efi24c190Ie28rac2046d]]

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Bishop Wayne R. Felton and The Holy Christian Church International, | Case No. 23-cv-467 (DTS) |
| Plaintiffs, | |
| v. | **ORDER** |
| De'Mario Jives and DeMajio Media LLC, | |
| Defendants. | |

Plaintiff Bishop Wayne Felton submitted a numbered list of links to twenty pieces of content, *e.g.,* YouTube videos, which he claims Defendants are required to delete under the settlement agreement. *See* Ex. A. The Court has reviewed every link submitted. The alleged violative content is referred to by number for ease of reference.

Content Nos. 1, 3, 4, 12, 14, and 19 are no longer available. Presumably, Jives has deleted this content. The Court does not find that Content Nos. 2 and 18 violate the settlement agreement. Content Nos. 5-7 are YouTube videos marked private. This means the Court is unable to review the videos. However, the Court determines from the title of Content No. 7 alone-CTV & Crew - Jives Responds to $75K Defamation Lawsuit-that the YouTube video is "content concerning or related to Bishop Wayne R. Felton, his family, or Holy Christian Church International." The remaining content identified by Bishop Felton is subject to the settlement agreement and must be deleted.

**IT IS HEREBY ORDERED:** On or before **October 6, 2025,** Defendant De'Mario Jives shall (1) delete Content Nos. 7-11, 13, 15-17, and 20; (2) review in good faith Content Nos. 5 and 6 to determine whether those pieces of content must be deleted

Case 8:25-mc-00011-TPB-AEP   Document 11-1   Filed 10/02/25   Page 4 of 28 PageID
CASE 0:23-cv-00467-DTS   Doc. 31   Filed 09/24/25   Page 2 of 2
103

pursuant to the settlement agreement; and (3) submit a declaration to the Court describing his compliance with this Order.

Dated: September 24, 2025                    s/ David T. Schultz
                                              DAVID T. SCHULTZ
                                              U.S. Magistrate Judge

Case 8:25-mc-00011-TPB-AEP   Document 11-1   Filed 10/02/25   Page 5 of 28 PageID
103
CASE 0:23-cv-00467-DTS   Doc. 131-1   Filed 09/24/25   Page 1 of 5

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bishop Wayne R. Felton, individually,
and The Holy Christian Church
International,

       Plaintiffs,

v.

De'Mario Jives, individually, and
DeMajio Media LLC,

       Defendants.

Court File No.  23-cv-467 (DTS)

**PLAINTIFFS' SUBMISSION
PURSUANT TO COURT ORDER
DKT 126**

---

### PLAINTIFFS' SUBMISSION PURSUANT TO COURT ORDER

Plaintiffs Archbishop Wayne R. Felton and The Holy Christian Church International respectfully submit this filing pursuant to the Court's Sealed Order [I2kt.. **ill]** directing Plaintiffs to provide an updated list of online content that remains in violation of this Court's prior orders.

Paragraph l(a) ofthe Settlement Agreement, as incorporated and enforced by this Court's December 3, 2024, Order, required Defendant Jives to "affirmatively identify, remove, and delete content" concerning Archbishop Felton, his family, or the Church. The Court expressly held that **"setting violative posts, statements, and other content to 'private' does not satisfy this Order."** (Order on Plaintiff's Motion for Enforcement of Settlement and for Sanctions, Dec. 3, 2024, **Dkt  84 at 2).**

1

Case 8:25-mc-00011-TPB-AEP    Document 11-1    Filed 10/02/25    Page 6 of 28 PageID
104
CASE 0:23-cv-00467-DTS    Doc. 131-1    Filed 09/24/25    Page 2 of 5

Despite this clear obligation, Defendant has repeatedly failed to comply. Nearly two months after the injunction, Plaintiffs identified more than sixty pieces of violative content-an amount this Court found "sufficient to prove Defendants' failure to comply." (Order on Plaintiff's Motion for Sanctions, Dec. 10, 2024, **Dkt 88 at 6**). The Court further explained that even "circumspect comments on social media still violate Jives' obligations." (Id. at 7).

Plaintiffs emphasize that, under the Settlement Agreement, they have no affirmative duty to assist Defendant in identifying or purging violative content and, that obligation rests solely with Defendant. Plaintiffs submit the attached list only in compliance with this Court's directive, while maintaining that compliance is the sole responsibility of Defendants.

2

Case 8:25-mc-00011-TPB-AEP   Document 11-1   Filed 10/02/25   Page 7 of 28 PageID
105
CASE 0:23-cv-00467-DTS   Doc. 11-1   Filed 09/24/25   Page 3 of 5

## Exhibit A: Violative Content Still Online (As of September 17, 2025)

1. **COGIC Drama PT2: Brandon Porter J Drew Sheard: King Jives Vs Wayne Felton**
Link: https://www.facebook.com/events/1003747443958450/?active_tab=discussion
Status: Facebook event discussion referencing Felton.

2. **Hate or Love! Chaos and confusion in the safe haven (Facebook event version)**
Link: https://www.facebook.com/events/1344131356132233/
Status: Facebook event showing court documents with PACER stamp; discussion of case.

3. **CTV & Crew, JivesNation: King Jives RESPONDS To $75K Defamation Lawsuit (Photo Post)**
Link:https://www.facebook.com/photo/?fbid=690850l96369025&set=gm.799839461559031
Status: Facebook photo post with caption and lawsuit references.

4. **Discover the reality behind King James's involvement (three duplicate posts)**
Link:https://www.facebook.com/photo/?fbid=690850196369025&set=gm.799839461559031
Status: Religious commentary with Bible hashtags; same post shared three times.

5. **Good Morning Saint Aints and Friends**
Link: https://www.youtube.com/watch?v=1KFc4Ww3eBs
Status: Marked Private
Description: YouTube stream containing commentary about the lawsuit.

6. **COGIC vs FBI $Billion Dollar Black Farmer, IRS Bishop J Drew Sheard Bishop David Hall Sr. Thieves**
Link: https://www.youtube.com/watch?v=biPJaPbUxkU
Status: Marked Private
Description: YouTube video discussing COGIC leadership and lawsuit themes.

7. CTV & **Crew-Jives Responds to $75K Defamation Lawsuit**
Link: https://www.youtube.com/watch?v=ZR63xFB_3_M
Status: Marked Private
Description: YouTube video responding to lawsuit; degrading commentary.

8. **Official King Jives Show is going live!**
Link: https://www.youtube.com/watch?v=agpXKu8NU80
Status: Streamed Aug 16, 2023; most of the program disparages Archbishop Felton.

**9. King Jives: Let's Talk**
Link: https://www.youtube.com/watch?v=muXKrnTh37lQ
Status: Mentions Felton by name at 39:00 and 56:15.

**10. To Every Preacher: Hear Ye Hear Ye**
Link:   https://www.youtube.com/live/WbSGQR-uoZ2
Status: Jives speaks about the case at 2:02-2:14 and 27:07-28:18.

**11. Hate or Love! Chaos and confusion in the safe haven (YouTube stream version)**
Link: https://www.youtube.com/watch?v=FAl_dGs0Wu_VM
Status: Streamed Apr 27, 2023; from 1:09:00 onward discusses lawsuit, false accusations, and privileged information.

**12. TashaK vs Storm Monroe, Thaddeus ...**
Link:   https://www.youtube.com/watch?v=-iy6kVUinFs
Status: Addresses lawsuit directly; 1:09:00-1:15:25 rant about another blogger's coverage.

**13. GOOD MORNING: I EXPOSED 3 Pastors**
Link:  https://www.youtube.com/watch?v=Rf_gsgNi3fGU
Status: Streamed May 1, 2025; at 1:13:00-1:15:20, accuses Felton of collusion and claims evidence retained.

**14. "soooo sweet@" - Community Post**
Link: https://www.youtube.com/post/Ugkx5sLFtEhl6N3nCLCZFLl20ODlYiCK2JKp
Status: YouTube community tab post mocking lawsuit context.

**15. Fake Prophets Video**
Link:  https://www.youtube.com/watch?v=__btXVLRJFO8
Status: General attack on preachers; contains disparaging references tied to lawsuit.

**16. They Came 2 See l!Q!!!**
Link: https://www.youtube.com/watch?v=KTGJbCbcgrw
Status: From 35:09-40:06, explicit references to Felton with expletives.

**17. Let's Have a Talk w/ King Jives**
Link: https://www.youtube.com/watch?v=wV03KfTElIA
Status: Extended discussion of lawsuit, 45:33-1:00:13.

**18. Bishop Lamor Whitehead Sentencing**
Link: https://www.youtube.com/watch?v=d44pBr28ZjA
Status: At 1:32:11-1:32:31, case is mentioned directly.

4

**19. King Jives & Tasha K Live**
Link: https://www.facebook.com/KingJivesIII/videos/303867515454811
Status: Facebook live; defends Tasha K interview, attacks Felton, family, and Church.

**20. Victory Photo Post**
Link: https://www.facebook.com/share/p/K54zC14jNiKo4dbt/
Status: Facebook post displaying victory imagery tied to lawsuit outcome.

## NOTE ON CONTINUED NON-COMPLIANCE

The attached examples reflect the same pattern of conduct that this Court has already

sanctioned in **Dkt 88**:

1. Failure to remove or delete violative content.

2. Reliance on "private" settings rather than deletion.

3. Continued creation of new content making direct or indirect references to
   Archbishop Felton, his family, or the Church.

Plaintiffs respectfully highlight these parallels only to clarify the continuing nature of the

violations. Plaintiffs defer to the Court as to the appropriate enforcement response.

## CONCLUSION

Plaintiffs submit this list in compliance with **Dkt 126.** Plaintiffs respectfully note

that the identified materials remain inconsistent with the obligations imposed by the

Settlement Agreement, this Court's December 3, 2024, Order **[Dkt 84]**, and its December

10, 2024, Sanctions Order **[Dkt 88].**

DATED: September 18, 2025

Respectfully submitted,

$-tJx($ ⬚

Wayne R. Felton
*Pro Se Plaintiff*
125 Stevens Street West
St. Paul, MN 55107
bishop@thcci.org

5

10/19/2022

Dear Pastor D,

I am coming to you like this because I have a sorrowful confession. I have not been hiding a terrible lie from you over the past 9 years. Something has gone on that at first I didn't understand, then I became entangled and ashamed that I allowed myself to fall into it. I justified it because I was told on multiple occasions that "all was forgiven," and yet, it kept happening over and again. I thought no one would believe me, and I mostly haven't believed it myself.

Something about my fourth daughter, fervent prayer, and God showing me that the truth is the only thing that will set me free is my motivation. Your son's soul is also grievously on my heart and you deserve to know the truth.

Two weeks ago, I confessed everything I am about to write to my husband. I knew he had to be first, and next, you. Selfishness is what kept me from confessing because I didn't want to lose you and your family. But that reason will not stand on judgement day.

I have gone over in my mind how to bring this to you. The nature of my confession is devastating and requires me to go back over the last nearly a decade to recount it.

The truth is that your son Wayne is displaying publicly what your husband, the Archbishop has been doing secretly behind closed doors with me and I am very sure other women throughout the years. I have kept this secret because I didn't want to "ruin" what God was doing. I didn't want to be collateral damage and be cast from your lives. Our lives are completely tied up in this ministry and I didn't want to lose what we have or my connection to either of you or our Church family, whom we love with all of our hearts.

I thought I also was protecting Eric's world from being shattered and thought I was bearing a cross by doing this. I realized recently how wrong it was to think this way. I processed it all internally for so many years and this was how the enemy kept me silent.

Your husband used his authority over me to not just be inappropriate, but to sexually solicit me behind closed doors to do things not becoming of a Christian, let alone a Bishop. I have carried it secretly, begging God to help me know what to do—feeling that I've been going completely crazy with no one to talk to. Guilt, shame, fear, so much confusion. Praying, begging for a way out.

Now the Lord has given me courage to tell the truth. He showed me the only way out is to tell the truth.

This breaks my heart because you are the one who has held my hand through every season of my life since I was 18 years old. Through my early years of marriage and beyond, you have advocated for me and been my cheerleader and encourager. And now, although it is deeply painful, I need to systematically expose something incredibly ugly and heartbreaking. I have to stand before God one day and I cannot stand before God telling Him that fear, regret, guilt and shame kept me from confessing the truth.

Here is what I need to tell you:

Right after I turned 31, your husband began to treat me differently. I remember it started before the Edgertons left after a praise team rehearsal back when they were on Saturdays. Michelle

and I were going to go out to eat to celebrate turning 31 and she was about to turn 41, so it
was probably May or so of 2013 to the best of my memory.

As we were about to leave the Sanctuary, Bishop called me back to his office and told me that I
was locked up and numb. That God had such plan for my life but I needed to stop being numb.
He told me he was going to bring me closer to him and "do whatever it takes to unlock" me.
He also told me I'm "his favorite", which I'm realizing looking back he always repeated
whenever he had recently lashed out at me with hurtful words. This meeting was shortly after
the second Arizona trip, and that would be a whole different story of things I never told you, but
not eternally important.

He then hugged me, which before this point had not felt inappropriate. But he hugged me
much more sensually and longer. Touching my low back and asking if it was okay for him to
hug me like that. I nodded that it was. But I remember being really distracted by that at lunch
with Michelle because it was different than he had ever been.

My relationship with him has been so volatile over the years. I always wanted to do everything I
could to stay out of his displeasure because I thought that if he was displeased with me, God
was displeased— and he used to say as much. Back then I would have never defied him. I
dreaded every day I had to come to church wearing clergy attire, but I did it. He told Eric to quit
his job to work for the Church and he turned in his notice the next day.

Our pastor had complete access and I trusted him with my life. Keeping the Prophetic
connection was the driving theme in Church. I was "the prophet's amen," the "Shunnamite
woman".  We lived lives that required us to follow "strange instructions." All of those things
contributed to the perfect storm ahead. Shortly after Bishop Jordan, Governor Cedric, and "I
don't make suggestions" and all of those things....It was so unexpected because he
introduced me to my husband and married us, taught me everything I know about the Baptism
of the Holy Ghost. How could it go wrong?

After that meeting in his office in May (or so) of 2013, from 2013-2015 until Victoria was born, I
was in his office basically every day. He would text me every morning and ask, "What are your
plans?" Since I was a stay at home mom of one toddler, I didn't really have anything besides
preschool, errands and going to the park. I felt I had to go because of his Spiritual authority
and all of the teachings of "I don't make suggestions," although my husband did not like it.
Bishop accused him of being controlling and it caused a lot of tension in our marriage.

He told me things like, "because of our covenant and prophetic connection, there are no
boundaries between us."  He kept touching me sensually on my back and asking if it was okay,
then asking me what else I wanted him to do. I accepted the hugs and every time he asked me
what else I wanted, I'd say, "this is good."

I felt frozen and he kept wanting me to "open up.' He told me the "therapy" was practicing
opening up my emotions on him. He told me in so many words and in different ways that this
was a selfless thing he wanted to do for me.  I thought I was failing the therapy by not being
able to open up, but I realize now it was a defense mechanism. I am entering counseling and
have been reading and listening to resources to work through healing and deliverance from all
of this now.

He would also request video chatting with me while I was at home. Once, in ignorance, I told
him that I could talk after I was dressed and ready. He asked if I had showered and I said yes.
He then called me with video chat. I didn't answer because I was shocked. He then said he
was just teasing me, having fun.

He once said something like, "we don't understand intimacy in the ancient near Eastern context—back then women went to Jesus and the apostles and there were intimate moments that were considered inappropriate." He would try to indirectly explain to me that because he is a prophet and man of God, there are different rules that he understands which I did not. Not in those words, but I remember how much he was trying to convince me that boundaries don't apply because of our prophetic connection.

He would tell me that he had more of a connection to me than Eric because he's been in my life longer. He texted me constantly and told me to just keep reaching out to him day and night. Text and Skype. It was exhausting because I had to start hiding it from Eric in order to keep it up. It was also making me uncomfortable but I felt I had to keep staying connected on his terms in order to be in good standing with him.

I eventually stopped and since those years of 2013-2015 have only spent a few weeks here and there communicating with him on Skype and every time, I realize it's a mistake to communicate with him because I became very weak to his advances. Women and men not in covenant with one another do not need to connect intimately or alone in any circumstances without a witness!

During that time, he also once said something like, "God told David if he had asked for Bathsheba, God would have given her to him. What if God told me I could have you?" I was so naive and refused to believe that he meant anything by that, but my total trust and listening to him was what got me in trouble. But because he speaks on behalf of God, I never forgot that.

There were more things that he would say and when it started I was very confused. I thought I was misunderstanding. I thought he was testing me. I thought that I must be completely misreading what he was saying to me.

This was not too long after the big blow up with my father about his behavior toward me in childhood that made me uncomfortable, so I didn't think my pastor would do anything that crossed a line. He would say he was just making me better for Eric somehow. So many things that were said made me incredibly confused and I had to process this all by myself.

But on top of that, his words were incredibly affirming and he was diving into deep emotional places in me where my husband was ignorant or growing to make me feel I was getting something missing from him—and that this was okay because of my unique prophetic connection.

Bishop said he just wanted me to experience "normal." He explained to me that his office was like a doctor's office where people can be vulnerable. They take off their clothes and doctors used to give women orgasms. With all of the affection and "opening up", he said he was trying to help me and was willing to "stick his neck out" because of how much I mean to him.

I would tell myself surely he isn't taking advantage of the dysfunctional aspects of my childhood. I claimed to not have had appropriate affection from my father to him, so I thought I must be mistaken about what he's doing.

When I would try to challenge him, he would be wounded and ask why I was accusing him, the one who was showing me "agape love," treating him like he's the one who abused me. He would say, "I'm just treating you like I would my own daughter," which was further very confusing.

Trust me, I'm looking back now with an unimaginable pit in my stomach that I didn't stop this. I can hear you saying things like, "women need to have boldness and wherewithal to not allow themselves in compromising situations" and as weak as this sounds now, your voice has helped drive me to become strong now. I have not really grown spiritually from my spiritual father for the last decade because of his decision to change our relationship. Any Spiritual strength I have received has been from you, my husband, and my own prayer and seeking. This is partly why I kept the silence, not wanting to lose you.

When Victoria was born sick and had to stay in the NICU, I thought God was judging me for my relationship with him. As you can see, being alone is where the devil wanted me because this was how he controlled me.

In the 2013-2015 time period after all the talks about "no boundaries," Bishop started leading me to the two doors between the bathroom in his office and holding me in the dark, speaking affirmingly, then asking me what I wanted and getting more and more sensual, even unhooking my bra and unzipping my pants as things progressed. I would be frozen and not even able to speak my heart would pound so much. It felt good, but I knew it was wrong. Yet he was telling me he had a purpose in mind and wasn't going to cross a line.

He would elude to me getting undressed for him and leave his office for awhile and say when he comes back, the clothing I have on will determine if I'm ready. And I could never do it. Then I would feel like I failed the test of being open. But also he would send me text messages that were regretful or trying to "erase" my memory and make me think that I misunderstood what he was saying/doing.

He told me things in his office like, "I'm being very careful. I've never touched you where a massage therapist wouldn't." When I kept resisting him, he once said "you are one strong woman, anyone else would have given in by now" or "if I was corrupt, I would have taken advantage of you by now." I didn't know what I was supposed to give in to because he said he knew what he was doing, would never cross the line, and he was "smarter" than I am. He'd also claim that he was simply doing "shock therapy" on me. It was a lot of crazy things.

As I keep saying, this was all incredibly confusing to me. But it also opened up a door for me to develop feelings for him that had never entered my mind previously. I tried to fight them, but it was very difficult once that door was opened.

He would check with me to make sure that I was deleting emails and messages to and from him. But I definitely wrote him some incredibly inappropriate emails during this time. Not sexual in nature, but emotionally inappropriate. He was encouraging it in our meetings. I don't have them to show you, but if he still has them, you would see my emotions all over the map. He once said I would never regret anything that happened between him and I. I would say that back to him over the years that "I don't regret anything," and I realize now I was trying feel like I was in control. I wanted to believe that If I said I didn't regret it, maybe that could be true. But it IS true that I regret everything done in the dark. I wish I had the strength to say no, and boldness to speak up back then.

I did find one email from him that you will see where he apologizes for his "overtures." I didn't know that I had any emails from him, but this one just happened to still be there.

After Victoria was born, this mostly ended for several years. I purposely tried to be too busy to see him and used the kids as an excuse. This was during the head covering debacle and I was so mad at him for how he treated you during that time, especially knowing what had been going on behind closed doors. He was very mean to me too, both directly and indirectly. Rebuking all the disobedient "daughters of Eve" on Skype and in meetings. I remember once

when you weren't there on a Wednesday, I came into Church and was the only one without a head covering and he walked up to the pulpit and said "this wasn't my message but, ONE CORINTHIANS 11"… then texted me after Church as if I didn't know he only did that because of me. I started to realize that he wasn't always right nor did he always make sense.

The next time this sexual behavior came up was in 2019 after we moved from Eric's parent's house. He had been so mean to me during the head covering time and said such awful and hurtful things, indirect but obvious public ridicule, then all of a sudden apologized and started being nice to me again. This time the door to my emotions had been opened up from before and as much as I told myself I was going to be strong against him, he came much more overtly. I was also incredibly relieved he was being nice to me again.

What started with hugs and affirmation, turned into whispering graphic sexual suggestions in my ear even to the point of pressing himself up against me, erect and begging me to let him come inside me. I always said "no" and "we can't do this," and really did not feel aroused by that, but I should have ran and never looked back.

He would always stop when I said stop, and then say, "I'd never violate you," or "I knew you would never give in," or "I was testing you." He would make a sexual suggestion at times that I had never considered or even done with my own husband, then I would go home and it would take root in my mind and I'd try not to think about it, but then the next time we would meet, it was easier and easier for it to go further each time.

He would feel great remorse and tell me it would never happen again, there would be distance, but then, it would come up again. Of course, I was complicit because I truly do care about him and can be so kind and loving.

I repent to you for continuing to meet with him in person. He was preaching Holiness every week from the pulpit, fasting, altar calls—every time it would happen for a short period of time, there would be repentance and he'd even preach his greatest "flea from sin" messages…and every time he preached one of those messages I just thought it was done.

I know he also felt great sorrow about it, but our connection had turned incredibly sinful. I did not ever solicit him, but I enjoyed his verbal affirmation and affection, and once I had let it get too far, it was hard to back out because he always wanted it to go further than I was comfortable.

I wanted to talk to Eric, but I was afraid it would crush him and ruin our lives. I felt so guilty knowing that neither you nor Eric would ever find yourselves in such a horrible situation. I learned that the spirit of adultery doesn't care who you are. A Christian woman who remained a virgin until marriage is not exempt. A holiness preacher is also not exempt.

I would think about seeing a therapist but then I knew that I would be told this was incredibly dysfunctional. And that terrified me because I thought my blessing and favor from God would be cut off if I came against him like that.

In my prayers I would ask God why the spirit of adultery was coming to me through my pastor.

Sometimes we would have normal meetings. And I would think it was done. I thought, "okay I can handle if he is human and has a weakness." But it just kept coming up even after he would tell me over and again it would never be an issue again.

Truthfully I enjoyed it when we connected. I would have been fine without it going the direction it did, but the attention was luring and that is why I got caught in it. The guilt of betraying God,

you and Eric was always on my mind. Once when I shared my guilt with him, he said, "I'm not letting you be in condemnation. God forgives us, and what your husband has done by keeping you in his parent's house is worse." Other things like that happened where it just started to seem like it wasn't that big of a deal, and to me his preaching and claim to fear God made me think if he says we're fine, then we must be. He's an apostle, right? What he binds on earth will be bound in heaven…

In general and over time, He never saw me naked, but he did coax me about four times to "pleasure myself" in front of him on video in 2019 and again in 2021. It took a long for me to agree to that, but since I said no to him in person, he said that was a "safer" option, and he wanted me to trust him that it was okay. He did it twice along with me and one time he showed me his penis on the video.

All of it is shameful, but it causes so much sorrow that I saw another man when I had only ever seen my husband and he is the only one I want to see.

After the pandemic lifted a bit in late summer of 2021, I hadn't seen him for two years. He wanted to meet with me and I also missed him, but I really believed the sins of the past were over because it had been two years. He came to my house when my husband wasn't there-(my husband knew and was on his way home) and I realize now he wanted to come specifically because he wasn't there. He would ask me to come other days and if I said Eric and I were home together, he wouldn't come. I had the little kids with me and was holding James on my hip just hoping things would stay normal— he asked me to occupy them, took me to the basement and started touching me, lifting up my shirt and making sexual suggestions. I stopped him, but after that the emotional entanglement started again.

This began another cycle of me going to see him and it was worse than ever before. He wanted me to touch his penis in person and I did it a couple of times through his clothes but I couldn't for more than a few seconds. It made me extremely uncomfortable but I know he thought I enjoyed it. He suggested that we do oral sex and I wouldn't do it. He touched my thighs as high as he could but never went into my panties. He touched my butt over my clothes. I heard him unzip his pants in the dark room between those doors when he was asking to come inside me.

The last time a sexual encounter happened where I complied was in October of 2021 over a video chat after we started meeting in person again for the first time since summer of 2019 before the pandemic.

He wrote me the next day on Skype in October of 2021 deeply regretful and told me that he never actually had inappropriate feelings for me. And that the only reason he did it was for me —because of how much he loves me and wants me to be happy and experience joy, but he only has fatherly feelings for me. Basically making me feel like it was my fault because of the depravity in my soul that he coaxed me to do it. I was super embarrassed about doing it (he suggested and coaxed me multiple times where I said no for months before I finally gave in to try it) and very ashamed to admit it now, but everything done in the dark must be exposed.

Then he told me that God forgives us and we are free in Jesus' name. He said all of it was behind us. Then I didn't see him in person until this past June of 2022 before I had Greta. I met him in Eagan. I really wanted to believe it was all over and behind us. He's preaching holiness, having fasts and revivals and I'm thinking God must have dealt with him and maybe because he's an apostle, he is allowed to just keep this between him and God.

That day this past June when I was about 37 weeks pregnant with Greta. He started to hug me inappropriately and at first I tried to distract him by telling him to take me on a tour of the new

campus and show me what the plans were for the architecture. There were several others there. I then realized that was a mistake because there were just a ton of places and crevices for privacy there. I finally turned around after he had been touching me inappropriately and making suggestions and I said, "Don't start this again. It's wrong and you know it's wrong."

He backed off, called me when I left and said, "I enjoy you so much. I was just teasing and having fun. I would never violate you." I said, "I know, I enjoy you too."

But this scenario keeps playing in my mind and the events of the past 9 years are all of a sudden crushing me. I used to do this dance with my father, not wanting to be in situations where he'd get too affectionate and make me uncomfortable. But this was so much worse because I got tangled in it too.

My saving grace over years was my complicated pregnancies when I had an excuse to not see him. He would also say, "every time you come see me, you get pregnant." Which then made me think, well maybe if God's Word is coming to pass because of my connection with him, this isn't wrong? But I did know it was wrong.

I had so many fears— like, I can't be the white woman in the ministry caught up in the scandal. If I confess this, everyone who cautioned me and didn't agree with me being at this Church was right. And so many people look up to me at Church, I can't let them down. So I covered it up. Denied it and justified it. And I didn't want to hurt you. But the truth is, I did hurt you. You not knowing just makes it more offensive.

Pastor D, words cannot express my regret, sorrow and deep repentance to you for all of this. Your husband told me back in the beginning that he wanted to help me but "it wouldn't be good for me" if I told anyone about it. I believed him. And I am fearful even confessing all of this now because I know it separates me from my life for the past 22 years.

You deserve better than this. I don't believe that repentance is real unless we confess. Not only to God, but to the people who were unknowingly violated. God is not mocked. Your son was working in the office back when me and Delorenzo spent hours and hours daily alone with him in his office with all the doors shut.

I repent to you for being too afraid to tell anyone and for allowing it to go on for so many years. I wanted to tell someone but I didn't know who— I didn't want to come between you and your husband.

Who do I confess my sins to when the one who preaches holiness and calls souls to repentance is the same one tempting me?

I contemplated telling someone in the ministry, but I couldn't figure out who to trust. And there were periods of time I liked the attention. I preferred him being nice to me and when I was in his favor, it was a much better experience for me being at the Church. In between those times, I wanted to leave. And now, I can no longer accept the events that occurred on and off, but certainly persistently over the last 9 years.

I confessed everything and repented to my husband two weeks ago. He is stunned, heartbroken, but has extended so much love, mercy, and forgiveness to me after confessing every ugly detail I have also confessed to you.

During this process, I was trying to understand how my prophetic connection with him would allow this. And I wanted to believe that it was okay if he said it was. There was one time early on when Stephanie Gwin came up to me and said, "God has you on a strange path, and you

just need to trust him and keep walking in where He is leading you now." That kind of stuff made me think maybe it's okay. Maybe there is some sort of prophetic loophole. Maybe God sees something I really do need through Him even though I don't understand how it can be this way without being wrong...But then it started to make no sense when he was yelling at the women for not covering their heads.

I hate that I'm telling you now when your album is about to be released and before your favorite season. There's never been a good time and there never will be a good time to bring this up. There has always been another Service, event, meeting, and such-likes where I haven't wanted to upset Eric before he had to do something with Bishop or at Church. As it went, I told Eric right before he was called upon to preach a couple of weeks ago. I don't know how he got through it.

I want you to have it in writing and to hear it from me. I am praying that when this sin is exposed, there will be repentance. I am fully prepared for anyone you deem necessary to view this.

I love you and your beautiful family. I wish that what I just recounted never happened. It has been very difficult for me to come to Church many times over the last few years. I've been relieved when I have babies that require me to stay home. When he gets on Skype and rebukes the women for not obeying him covering their heads, or posts things about being blameless, and especially posts about marriage make me cringe.

No matter how this affects my reputation and breaks your heart, you deserve to know. My fear and selfishness kept me from confessing, but my sincere love for you and my husband are what compels me to speak truth, as much as recounting this truth brings me great remorse and shame. `

It came way too easily for him for me to believe I've been the only one. I can't know for sure, but it is statistically unlikely and I saw similar patterns he followed with other women (Christine Delorenzo, Oneita DeBrady, Jen Bortel are at least three others I believe were affected.)

I don't know why all of a sudden I can bear this no longer, but through fervent prayer, God has given me courage to speak truth. I'm grieved to my core to confess all of this to you, but eternity is real and I fear God more than anything—knowing I must stand before Him one day.

I hope that Dr. Dinkens is still thriving to be able to help through this. To be clear, from my recollection, everything that happened that I described in this letter began in the years of 2013-2015, then escalated again in 2019 for several months and in 2021 for several months. And the last time was June of 2022 where I told him no and decided I would never meet with him in person again. If it had been one time, I would have let this go, but sadly, it's perpetuity has caused a grievous crossroads now for my family and this heartbreaking truth is my reality.

With deep repentance and begging your forgiveness for my part in this,

Sara

October 19, 2022

To: Archbishop Wayne R. Felton
From: Elder Eric Jenson

Matthew 18 (ESV)
**15** *"If your brother sins against you, go and tell him his fault, between you and him alone.*

Today I tell you your fault and call out your sins with the hope that after confession of your sin
and true repentance your soul may be regenerated.

Since 2013 you have been systematically grooming Sara into sexual bondage and sin, using
the same demonic methods used by many spiritual and sexual abusers who have gone before
you. You have sinned against Sara. You have sinned against me. You have sinned against your
wife. You have sinned against God.

Now your unfruitful works of darkness are exposed.

Ephesians 5 (ESV)
**11** *Take no part in the unfruitful works of darkness, but instead expose them.*

Let us begin the exposure through a simple outlining of the predatory behaviors and control
systems of a spiritual and sexual abuser.

How does grooming for sexual and spiritual abuse begin?

According to Dr. Dan Allender of the Allender Center (my summary of mostly his words):

> Grooming for abuse is a misuse of attunement that human beings were created for. It is
> a misuse of our needs being anticipated, of being seen in ways we long to be seen and
> being invited to a feeling of belonging that our hearts long for. Grooming always
> involves some invitation to belonging, care and connection that, again, we're ultimately
> made for, and therefore can be exploited by someone who can offer those things.

> Grooming is a setup. It is a form of seduction. But it is not primarily spiritual or sexual.
> It is a use of care and kindness and attunement to draw a victim into a net. The
> predator begins by offering goodness to his victim, so that by the time that she is in
> the web there has been so much goodness that she has taken in that she is now open
> and vulnerable to what comes next. That goodness opens her body, her heart and her
> joy to then have a level of rise. This is the start of finding herself in the bonds that
> become bondage.

> In that bondage, the next stage of this grooming is where the predator will say and do
> things to the effect of "I bind you to me uniquely" and "there is something very special
> between you and me". In this special relationship secrets are shared and there is a
> special hold that binds the predator and the victim. The predator will tell the victim that
> she is unlike anyone else, she bares a wisdom and a goodness. This fuels the positive
> sensations of being seen and deeply valued and enjoyed. That "specialness"
> eventually becomes the basis of where the victim will look back and say "how could I
> be such a fool, how could I have been so stupid". There is a sense of complicity, blame
> and shame that begins to rise because the connection opened the door to a level of

comfort that then gets taken to control. Scripture will then be used to establish a false validation for the ungodly control and activities that will take place. Sometimes scriptures are used in a way that they have some truth to them, but they are offered as a truth to control, not as a truth to actually create human flourishing and righteous living. But it is almost impossible in the early stages of grooming to see the intentionality of the predator, because so much goodness has transpired and continues to transpire.

Where there is complicity and blame there is so much shame. And shame is such an effective tool of isolation and control. It is one of the most unbearable human experiences. There is such a fear for the victim that if she tells anyone about this the people she loves won't love her back. When there is the added element of spiritual abuse, there is the added fear of being exiled from God's presence and from the special fellowship with the Church. And she knows she will be scapegoated, because she sees what happens to others who have been shunned from the community. So there is an added layer of isolation.

The victim knows through all of this that there is violation. But she will deny that violation, because to acknowledge it is to lose all of the benefits that the predator has offered. He can give her special access to the community. He can give her special access to God. Or so she thinks. This adds to the eventual self-blame, because she wanted his care. She wanted that attunement. And so she has great shame for what she sees as her complicity in the spiritual and sexual abuse. And what often happens is there is no one she can trust. So the demonic brilliance of the predator is that he can turn and distort others' ability to trust God and trust themselves. In that, the victim is so isolated that this kind of behavior can perpetuate for long periods of time which only adds more to the self blame.

Archbishop Wayne R. Felton, since 2013 you have abused your authority and position as a shepherd and a prophet. You offered Sara special access to God and to her destiny. You told her there was a "covenant" between her and you that made her unique and special. She was the "prophet's amen" and the "Shunammite woman". You told her you must take her on a journey to "unlock" her. That "journey" involved intimate touch, starting in the lower back. Soon you took things further, telling her during intimate moments that David could have had Bathsheba, all he had to do was ask God. You said if you asked God, God would give Sara you. You were planting seeds of corruption, intending to open her mind to the possibility that God would allow a sexual relationship to develop.

You were careful to proceed slowly, grooming her along the way, mixing the truth of scripture with lies stemming from your own lust. You bound her to yourself, and there she was trapped as your abuse unfolded.

I thought it strange that you would meet so long with her behind closed doors, when in the years past you would publicly state that you would never meet with a woman alone with the door shut. But I trusted you, and you would make me feel guilty for thinking it strange that you would message her at all hours and meet with her so frequently and for so long.

Such are the ways of a spiritual and sexual abuser. And a sexual and spiritual abuser you have been.

Your abuses advanced to the point of solicitations for sex on multiple occasions. Even in my own house just last year you propositioned her for sex. Although Sara was deeply caught in your web, to her great credit she rebuffed your demonic attempts.

You promised her a journey of healing. Instead you led her on a journey of shame, confusion and bondage. You are not God's shepherd. Again I say, you are a spiritual and sexual abuser.

I don't make such an accusation lightly. I feared to address this at all if not scripturally. The Bible is clear of the need for two or more witnesses when accusing an elder.

1 Timothy 5:19
*Against an elder receive not an accusation, but before two or three witnesses."*

Sara is single witness. This caused me great hesitation and concern. You were careful and insistent that Sara erase emails and Skype messages that could be damning. But God seems to have ordained that there was an email from you in 2019 that you did not compel her to delete. And she did not. And although in the email you do not systematically and explicitly detail every act, there is a clear acknowledgment of "actions, overtures, and ways" that were demonically inspired. And so by your email you have become a witness against yourself. Two witnesses. And now God has granted me biblical standing to address you.

Your actions persisted for almost a decade. This was not a single instance of being overcome by temptation (where perhaps there would be room for restoration), but it was a systematic grooming which required a diabolical mind. The end result is that you must leave the ministry.

Your arrogance in playing your manipulative and abusive game for so long is that you believed God would not reveal it. The light of God will always pierce the darkness.

Luke 8
*17 For nothing is secret, that shall not be made manifest; neither any thing hid, that shall not be known and come abroad.*

Luke 12
*2 For there is nothing covered, that shall not be revealed; neither hid, that shall not be known.*

John 1
*5 And the light shineth in darkness; and the darkness comprehended it not.*

Your sin is revealed. Now it is known that you are not blameless.

Titus 1
*7 For a bishop must be blameless, as the steward of God; not selfwilled, not soon angry, not given to wine, no striker, not given to filthy lucre;*

1 Timothy 3
*2 A bishop then must be blameless, the husband of one wife, vigilant, sober, of good behaviour, given to hospitality, apt to teach;*

Far from being blameless, you have walked out the lusts of your sexual passions. You have been a liar. You have been unfaithful to your wife. You have sinned against Sara. You have sinned against me. You have sinned against God. You do not meet the qualifications of a bishop. You have utterly disqualified yourself. Perhaps you never were qualified to begin with.

Even more,  your actions have made clear you do not belong to Christ.

Galatians 5 (ESV)
**24** *And those who belong to Christ Jesus have crucified the flesh with its passions and desires.*

For you are stuck in sexual immorality, impurity, and sensuality, and without regeneration you will not inherit the kingdom of God.

Galatians 5 (ESV)
**19** *Now the works of the flesh are evident: sexual immorality, impurity, sensuality,* **20** *idolatry, sorcery, enmity, strife, jealousy, fits of anger, rivalries, dissensions, divisions,* **21** *envy, drunkenness, orgies, and things like these. I warn you, as I warned you before, that those who do such things will not inherit the kingdom of God.*

Must I continue to go through the scriptures with the "Man of God"? Nevertheless I will.

You are a practicing adulterer.

Matthew 5 (KJV)
**27** *Ye have heard that it was said by them of old time, Thou shalt not commit adultery:*
**28** *But I say unto you, That whosoever looketh on a woman to lust after her hath committed adultery with her already in his heart.*
**29** *And if thy right eye offend thee, pluck it out, and cast it from thee: for it is profitable for thee that one of thy members should perish, and not that thy whole body should be cast into hell.*

A disciple of Jesus must do whatever he can to overcome lust. Why did you not have such conviction for your lust that you would do whatever it takes to overcome it? Yet you only feigned conviction when Sara resisted your advances. It takes little discernment to see that is no conviction at all. It is simply a part of your game of manipulation.

Did you not fear for your soul in dragging Sara, one of our Lord's beloved sheep, into your web of sin? Jesus warns sharply regarding the predator who offends a little one, causing them to sin. It will have been better for them to have drowned in the sea!

Matthew 18 (ESV)
**6** *but whoever causes one of these little ones who believe in me to sin, it would be better for him to have a great millstone fastened around his neck and to be drowned in the depth of the sea.* **7** *"Woe to the world for temptations to sin! For it is necessary that temptations come, but woe to the one by whom the temptation comes!*

You know the scriptures! How is it that you can read to words of our Lord and not tremble? Once more in the following verses, as in chapter 5 during the Sermon on the Mount, Jesus emphasizes that the disciple must do whatever he can to overcome sin and avoid the fires of hell!

**8** *And if your hand or your foot causes you to sin, cut it off and throw it away. It is better for you to enter life crippled or lame than with two hands or two feet to be thrown into the eternal fire.* **9** *And if your eye causes you to sin, tear it out and throw it away. It is better for you to enter life with one eye than with two eyes to be thrown into the hell of fire.*

But how can this be that you preach holiness so strongly, you prophesy, you do mighty works in the name of the Lord, and yet you have hidden this sin for so long? Do you not see that it is of **you** whom Jesus speaks in Matthew 7?

Matt 7:22-23
*22 On that day many will say to me, 'Lord, Lord, did we not prophesy in your name, and cast out demons in your name, and do many mighty works in your name?' 23 And then will I declare to them, 'I never knew you; depart from me, you workers of lawlessness.'*

It is the Lord Jesus Christ who gives me strength to write and speak to you in this manner. It was my burden and responsibility to call out your sin rather than walk away without confrontation. You laid hands on me, but the Holy Ghost is He who gives me authority to confront you so strongly according to the word of God.

Acts 20
*28 Take heed therefore unto yourselves, and to all the flock, over the which the Holy Ghost hath made you overseers, to feed the church of God, which he hath purchased with his own blood.*

And I stand on the scriptures. If you are capable of doing this to Sara, then you are not fit to shepherd God's church, for you have been a wolf in the guise of a shepherd. You must confess your sins, repent sincerely, and be placed on a course for deliverance and restoration of your soul.

For you are not born again! You are not regenerated by the gospel of Jesus Christ, the power of God unto salvation to them that believe! It is impossible to do what you have done and be born of God! The scriptures testify to this!

1 John 5 (KJV)
*18 We know that whosoever is born of God sinneth not; but he that is begotten of God keepeth himself, and that wicked one toucheth him not.*

1 John 3
*5 And ye know that he was manifested to take away our sins; and in him is no sin.*
*6 Whosoever abideth in him sinneth not: whosoever sinneth hath not seen him, neither known him.*
*7 Little children, let no man deceive you: he that doeth righteousness is righteous, even as he is righteous.*
*8 He that committeth sin is of the devil; for the devil sinneth from the beginning. For this purpose the Son of God was manifested, that he might destroy the works of the devil.*
*9 Whosoever is born of God doth not commit sin; for his seed remaineth in him: and he cannot sin, because he is born of God.*
*10 In this the children of God are manifest, and the children of the devil: whosoever doeth not righteousness is not of God, neither he that loveth not his brother.*

It is made manifest that you are a child of the devil. You are not of God.

Today the Lord Jesus Christ destroys the works of the devil.

You can yet be saved from this dark lust and deceit! You must confess your sins!

You are gripped by an unholy lust that has controlled you; who knows for how long? Perhaps since your youth. Perhaps it is a curse of the bloodline that's never been defeated. Perhaps it was imparted by previous leaders who carried out the same sin. If you do love God and His people, then you will step down from your position in the Church. You are in no spiritual condition to lead His people. And I am sent here to declare as much to you. By the authority of the scriptures on which I stand I call on you to confess your sins and step away from the ministry.

Your soul depends on it. And perhaps your sons' soul depends on it. The son has only been acting out openly what the father has been doing secretly. What is more important to you, stature before men here and now, or the ability to feast at the marriage supper of the Lamb with your own son? Confess your sins to your family. Seek their forgiveness. Step down from the Church. God can still redeem your soul.

What say you?

> *Righteousness guards him whose way is blameless,*
> *but sin overthrows the wicked.*
> Proverbs 13:6

State of Minnesota
Hennepin County
Hennepin Criminal Downtown

District Court
**Fourth Judicial District**

| Court File Number: 27-CR-24-18544 |
| Case Type: Criminal |

State of Minnesota,
Plaintiff

Filed in District Court
State of Minnesota
08/25/2025

vs.

DANIEL JAMES FELTON,
Defendant
Date of Birth: December 10, 1992
Gender: Male

Sentencing Date: August 25, 2025

# Order
# Warrant of Commitment

## CASE CHARGES

| Count | Statute | Description | Disposition |
|-------|---------|-------------|-------------|
| 1 | 609.344.1a(e) | Criminal Sexual Conduct-3rd Degree-Penetration - Victim 16-17- Actor >36 old - Position of authority<br>**Penalty Statutes:**<br>609.101.2 - Minimum Fines-Assault, Crim Sex<br>609.344.2(1) - Criminal Sexual Conduct-3rd Degree-Penalty<br>609.3455.10 - Dangerous Sex Offenders - Presumptive Executed Sentence for Repeat Sex Offenders | Convicted |

## TERMS OF DISPOSITION OR SENTENCE: COUNT 1

Offense Description:    Criminal Sexual Conduct-3rd Degree-Penetration - Victim 16-17- Actor >36 old - Position of authority
Offense Date:    April 01, 2022
Level of Sentence:    Felony
Sentence is a stay of imposition pursuant to Minn. Stat. 609.135.
Successful completion of probation will result in a misdemeanor conviction.

# SENTENCE DETAILS: COUNT 1

**Local Confinement**

Ordered on August 25, 2025:

- Defendant is sentenced to 120 days in the Hennepin County Workhouse - Adult Corrections. Defendant is to serve 120 days on Work Release, if eligible. Credit for time served amount is 0.
- Defendant is ordered to serve 120 days in custody as a Texas facility as coordinated by probation. Report as directed by probation. Defendant is approved for EHM after 30 actual days in custody. Defendant is also approved for work/huber release after 7 actual days.

**Monitoring**

Ordered on August 25, 2025:

- Defendant is placed on supervised probation for 5 years, monitored by Hennepin County Community Corrections - Adult Field Services.
- Conditional release period of 10 years will apply if probation is revoked

**Conditions**

Ordered on August 25, 2025:

Defendant must comply with the following conditions:

- Remain law-abiding
- No contact with victim(s)
- Stay a reasonable distance away from victim's residence Stay away from a three-block radius of any such person and where they live, work, or go to school.
- No alcohol/controlled substance use With the exception of prescribed medications.
- No non-prescription drugs
- Provide List of Prescribed Medications to Probation Officer
- Take medications in the prescribed dosage and frequency
- Sign releases of information as directed.
- Random testing
- Cognitive skill training
- Individual Therapy
- Attend sex offender program
- Follow recommendations of evaluation
- Obtain employment Obtain/maintain suitable employment or pursue a course of study or vocational training as directed by probation
- Predatory offender registration required
- Give a DNA sample when directed.
- Do not use or possess firearms, ammunition or explosives
- Follow all instructions of probation
- Not Possess/Use Any Pornographic/Sexually Explicit Material as designated by treatment probider or probation
- No unsupervised contact with persons under age 18 Do not have unsupervised contact with minor females, with the exception of biological children, unless otherwise approved by treatment provider or Probation
- No teaching or other positions with children; Comply with the condition of any Electronic Device agreements, involving online and internet monitoring, as directed by treatment provider or probation
- Cooperate with the search of your person, residence, vehicle, workplace, property, and things as directed by your probation officer.
- Submit to Polygraph Examinations as Directed Submit, at own expense, to all testing required by probation or treatment, including polygraph or other psychological or sexual interest testing
- Follow all State and Federal criminal laws.
- Contact your probation officer as directed.
- Tell your probation officer within 72 hours if you have contact with law enforcement.
- Tell your probation officer within 72 hours if you are charged with any new crime.
- Tell your probation officer within 72 hours if you change your address, employment, or telephone number.

## FINES / FEES: COUNT 1

| Fines/Fees | Amount | Adjustment | Amount Due | Due Date |
|---|---|---|---|---|
| Fine | $ 100.00 | | $ 100.00 | February 25, 2027 |
| Criminal/Traffic Surcharge | $ 75.00 | | $ 75.00 | February 25, 2027 |
| Law Library Fees | $ 3.00 | | $ 3.00 | February 25, 2027 |
| Subtotal | $ 178.00 | | $ 178.00 | |

*This Fee information only relates to Count 1. Any Due Date may be affected by a payment plan.*

## FINANCIAL SUMMARY

**Fines/Fees Due: $ 178.00**

The amount due may not reflect all payments and credits, or all restitution owed. Visit https://mncourts.gov/PayFines to make a payment or to view updated balances or payment information. Contact court administration with any further questions.

The court may refer the entire amount due on this case for collection if you fail to make any scheduled payment, and collection costs will be added. You have the right to contest a referral for collection based on inability to pay by requesting a hearing no later than the due date. Minn. Stat. § § 480.15, subd. 10c; 609.104.

Date: 8/25/2025

Sarah Hudleston
**Judge of District Court**

# SENTENCE DETAILS: COUNT 1

**Local Confinement**

Ordered on August 25, 2025:

- Defendant is sentenced to 120 days in the Hennepin County Workhouse - Adult Corrections. Defendant is to serve 120 days on Work Release, if eligible. Credit for time served amount is 0.
- per 08/28/2025 Amended Order, Report date: November 20, 2025. Subject to change. Defendant is ordered to serve 120 days in custody as a Texas facility as coordinated by probation. Report as directed by probation. Defendant is approved for EHM after 30 actual days in custody. Defendant is also approved for work/huber release after 7 actual days. Start Date: November 20, 2025

**Monitoring**

Ordered on August 25, 2025:

- Defendant is placed on supervised probation for 5 years, monitored by Hennepin County Community Corrections - Adult Field Services. Start Date: August 25, 2025
- Conditional release period of 10 years will apply if probation is revoked