UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BISHOP WAYNE R. FELTON, AND THE HOLY CHRISTIAN CHURCH INTERNATIONAL, <br><br> PLAINTIFFS, <br><br> V. <br><br> DE'MARIO JIVES, INDIVIDUALLY, AND DEMAJIO MEDIA LLC, <br><br> DEFENDANTS. | CASE NO. 8:25-MC-00011-TPB-AEP <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION TO STRIKE OR SEAL DEFENDANT'S EXHIBITS** |

Upon consideration of Plaintiff's Emergency Motion to Strike or Seal Defendant's Exhibits, and the record before the Court, it is hereby ORDERED AND ADJUDGED that:

1. Plaintiff's motion is GRANTED.

2. The following filings by Defendant are hereby STRICKEN from the public docket and/or SEALED pursuant to Federal Rules of Civil Procedure 12(f) and 5.2(d) and Local Rule 1.11(b) of the Middle District of Florida:

    o Defendant's *Motion to Dismiss* (filed September 27, 2025); and

    o Defendant's *Response to Plaintiff's Motion* (filed September 29, 2025).

3. The Clerk of Court is DIRECTED to restrict public access to the above-referenced filings and any attached exhibits pending further order of the Court.

4. Plaintiff is AUTHORIZED to file under restricted access, or submit directly to chambers for *in camera* review, the Sealed Order entered by the United States District Court for the District of Minnesota on September 12, 2025, in *Felton v. Jives*, No. 0:23-cv-00467-DTS (D. Minn.), for the limited purpose of assisting this Court in determining the appropriate scope of sealing herein.

5. Defendant is ADMONISHED that further publication or republication of sealed, defamatory, or confidential material may result in sanctions, including contempt or other relief deemed appropriate by this Court.

6. The Clerk is directed to take all steps necessary to effectuate this Order immediately.

DONE AND ORDERED in Tampa, Florida, this ___ day of October, 2025.

_____
**United States District Judge**