UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE R. FELTON AND
THE HOLY CHRISTIAN
CHURCH INTERNATIONAL,

    Plaintiffs,

v.                                          Case No. 8:25-mc-11-TPB-AEP

DE'MARIO JIVES AND
DEMAJIO MEDIA LLC,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Anthony E. Porcelli, United States Magistrate Judge, entered on November 20, 2025. (Doc. 19). Judge Porcelli recommends that Defendant's Motion to Dismiss for Lack of Jurisdiction and Frivolous Filings (Doc. 14) be denied. No objection to the report and recommendation has been filed, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the

[report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Porcelli's well-reasoned report and recommendation, the Court adopts the report and recommendation.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Porcelli's report and recommendation (Doc. 19) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) Defendant's Motion to Dismiss for Lack of Jurisdiction and Frivolous Filings (Doc. 14) is **DENIED.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>29th </u>day of December, 2025.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**