UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BISHOP WAYNE R. FELTON, et al.,

      Plaintiffs,

v.                           Case No. 8:25-mc-00011-TPB-AEP

DEMARIO JIVES, et al.,

      Defendants.

_____/

## **ORDER**

This cause comes before the Court upon Plaintiff's Motion for Permission to File Electronically Through CM/ECF (Doc. 63). After consideration, it is hereby

ORDERED:

1. Plaintiff's Motion for Permission to File Electronically Through CM/ECF (Doc. 63) is GRANTED.

2. To fully access the Court's electronic filing system, Plaintiff must have the following: internet access, an e-mail account, PDF capabilities, and a PACER account.

3. Plaintiff shall register for electronic filing by visiting the CM/ECF link on the Court's website at www.flmd.uscourts.gov/cmecf. When filling out the request for a CM/ECF login and password, Plaintiff is to enter 0000000 (seven zeros) when prompted to enter a Bar number. Plaintiff may contact the Clerk's Office at 813-301-5400 for assistance with registering for CM/ECF.

4. Once registered, Plaintiff shall complete the CM/ECF program tutorial on the Court's website, also located at www.flmd.uscourts.gov/cmecf. Plaintiff additionally shall become familiar with and follow the policies and procedures set forth in the CM/ECF Administrative Procedures for Electronic Filing, which is likewise available at www.flmd.uscourts.gov/cmecf.

5. In the alternative to filing electronically, Plaintiff is permitted to mail hard copies of filings to the Clerk of the Court instead of filing in person at the courthouse. Plaintiff SHALL NOT telephonically contact the judges' chambers or send letters to the judges' chambers, however. In accordance with the Local Rules for the Middle District of Florida, any relief sought by Plaintiff must be set forth in a motion or other application for an order, which shall include a concise statement of the precise relief requested, a statement of the basis for the request, and a memorandum of legal authority in support of the request, all of which Plaintiff shall include in a single document not more than twenty-five (25) pages in length.

6. Abuse of the electronic filing privilege will lead to Plaintiff's access being revoked. Plaintiff is expected to comply with the rules for electronic filing, the Federal Rules of Civil Procedure, and the Local Rules for the Middle District of Florida.[1]

---

[1] Plaintiff's Motion fails to comply with Local Rule 3.01(g), which requires a party to confer with the opposing party before filing a motion and certify that they have done so. Both parties are expected to engage in good faith conferral efforts in the future, and motions that fail to comply with this rule will be summarily denied.

DONE AND ORDERED in Tampa, Florida, on this 21st day of May 2026.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:    Plaintiff, *pro se*
       Defendant, *pro se*

3