UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BISHOP WAYNE R. FELTON AND THE
HOLY CHRISTIAN CHURCH INTERNATIONAL          Case No.: 8:25-MC-00011-AEP
    Plaintiff(s),
vs.

DE'MARIO Q. JIVES AND
DEMAJIO MEDIA LLC,
    Defendant(s).

_____/

SUGGESTION OF THE PENDENCY OF BANKRUPTCY
PROCEEDINGS UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

The Defendant(s), Demario Quowon Jives by and through the undersigned attorneys, file(s) this Suggestion of the Pendency of Bankruptcy Proceedings under Chapter 7 of the Bankruptcy Code ("Suggestion"), and state(s) that:

1.     On May 21, 2026, a Voluntary Petition for Relief under Chapter 7, Title 11 of the United States Code, Case No 8:26-bk-04383 was filed on behalf of the Defendant(s) in the U.S. Bankruptcy Court, Middle District of Florida, Tampa Division ("Petition").

2.     Pursuant to 11 U.S.C. §362(a)(1), the filing of the Petition stays the commencement or continuation of these proceedings.

3.     The filing of this Suggestion does not constitute an appearance in this case. The undersigned attorneys only represent the Defendant(s) in connection with the heretofore referenced pending bankruptcy case.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to Bishop Wayne R. Felton , at bishop@thcci.org this 27th  day of May, 2026.

/s/ Alan D. Borden, Esq.
ALAN D. BORDEN FLA BAR NO. 58250
Debt Relief Legal Group, LLC
aborden@1800debtrelief.com
14502 N. Dale Mabry Hwy.
Tampa, FL 33618
(813) 231-2088
fax (813) 354-2627
aborden@1800debtrelief.com