UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BISHOP WAYNE R. FELTON, et al.,

      Plaintiffs,

v.                                                                  Case No. 8:25-mc-00011-TPB-AEP

DE'MARIO JIVES, et al.,

      Defendants.

                                         /

**ORDER**

This cause comes before the Court upon Defendant De'Mario Jives's Suggestion of the Pendency of Bankruptcy Proceedings Under Chapter 7 of the Bankruptcy Code (Doc. 68). On May 21, 2026, Defendant Jives filed a bankruptcy petition in the Middle District of Florida, Tampa Division, Case No. 8:26-bk-04383. In light of the bankruptcy proceedings, it is hereby

ORDERED:

1. Pursuant to the provisions of 11 U.S.C. § 362, this case is automatically STAYED as to Defendant Jives.

2. The Clerk is directed to ADMINISTRATIVELY CLOSE this case.

3. Plaintiff may seek to reinstate the action to active status, upon proper motion, at the conclusion of the bankruptcy proceedings. If a portion of this suit is resolved by the bankruptcy proceedings, Plaintiff shall promptly move for dismissal of this case.

4. Defendant Jives is directed to file and serve, on or before September 7, 2026, and every ninety (90) days thereafter, a status report regarding the bankruptcy proceedings.

DONE AND ORDERED in Tampa, Florida, on this 9th day of June 2026.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:  Plaintiff, *pro se*
Defendant, *pro se*

2